UNITED STATES of America,
Plaintiff–Appellee,

v.

Arif Ali DURRANI, Defendant–
Appellant.

No. 08–50007.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed March 25, 2009.

William P. Cole, Esq., USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Arif Ali Durrani, Adelanto, CA, pro se.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Arif Ali Durrani appeals pro se from a notice of document discrepancies, in which the district court rejected his motion for a new trial. We dismiss for lack of jurisdiction because the district court's rejection of Durrani's motion was not a final order. *See* 28 U.S.C. § 1291; *see also Nat'l Distribution Agency v. Nationwide Mutual Ins. Co.,* 117 F.3d 432, 433–34 (9th Cir. 1997).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

We decline to address Durrani's remaining contentions.

Durrani's motion for judicial notice is denied. *See* Fed.R.Evid. 201(b).

DISMISSED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.